PAUL M. WARNER, United States Attorney (# 3389)
MELINDA VARSZEGI, Special Assistant United States Attorney (# 7129)
Attorneys for the United States of America
9350 South, 150 East, Suite 800
Sandy, Utah, 84070-2702
Telephone: 801-984-8400
Facsimile:   801-984-8401

FILED
CLERK, U.S. DISTRICT COURT
16 JAN 02 PM 5: 04
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | |
| vs. | 18 U.S.C. §§1344, BANK FRAUD; 1708, POSSESSION OF STOLEN MAIL |
| STEVONI WELLS, | 2:02CR 0029W |
| Defendant. | |

The Grand Jury Charges:

Count I

On or about July 24, 2001, in the Central Division of the District of Utah,

STEVONI WELLS

defendant herein, did knowingly and with the intent to defraud execute a scheme to defraud or to obtain money or property under the custody or control of a federally insured financial institution by means of false or fraudulent pretenses, representations or promises, to wit: she used three forged checks in the amounts of $ 446.08, $1,000, and $ 577.74, to purchase computer equipment from Circuit City in Orem, Utah. The forged checks were drawn on the Utah Community Credit Union account of Barbara Bruderer

Seegmiller. Utah Community Credit Union is a financial institution, the accounts of which are insured by National Credit Union Administration, U.S. Government Agency; all in violation of 18 U.S.C. § 1344.

## Count II

On or about June 17, 2001, in the Central Division of the District of Utah,

### STEVONI WELLS

defendant herein, did knowingly and unlawfully have in her possession mail, or an article or thing contained therein, which had been stolen, taken or abstracted from the mail, to wit: a mailing from American Express addressed to Jon Turner of 14 Quiet Meadow Lane, Mapleton, Utah, knowing the same to have been stolen, taken, or abstracted from the mail, all in violation of 18 U.S.C. § 1708.

## Count III

On or about July 10, 2001, in the Central Division of the District of Utah,

### STEVONI WELLS

defendant herein, did knowingly and unlawfully have in her possession mail, or an article or thing contained therein, which had been stolen, taken, or abstracted from the mail, to wit: an account statement from Nebo Credit Union belonging to Blake Bills, 850 West 100 South, Spanish Fork, UT, knowing the same to have been stolen, taken, or abstracted

from the mail, all in violation of 18 U.S.C. § 1708.

A TRUE BILL:

_____
Foreperson of the Grand Jury

PAUL M. WARNER
UNITED STATES ATTORNEY

MELINDA VARSZEGI
Special Assistant United States Attorney