# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. David K. Winder

COURT REPORTER: Reeve Butler
COURTROOM DEPUTY: Michael R. Weiler
INTERPRETER: None

CASE NO. 2-CR-29 W

USA v. Stevoni Wells

Approved By: DKW

## APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Leigh Bonds, SpAUSA |
| Dft | Wendy Lewis |
| USPO | Georgette Leventis/Steven McKenna |

DATE: July 9, 2002, 9:00 AM

MATTER SET: Sentencing

DOCKET ENTRY:

Dft pres & in custody. Crt finds: Offense Level - 6, Criminal History - II, Guideline Range: 1 - 7 mos. Stmt by dft's cnsl, govt, & dft. Crt adjudges:

**Sentence**:
Assigned to custody of BOP with credit for time served in federal custody satisfying sentence including today. Supervised release of 48 mos. Standard conditions of release. Special conditions of release: (1) not use or possess any controlled substances, (2) participate & successfully complete WE CARE program in Las Vegas, NV; defendant to depart immediately with mother & Mr. Teal to enroll in program. Defendant to return to SLC upon completion & consideration of transfer of supervised release deferred until completion of program & return to SLC, (3) maintain full-time verifiable employment &/or educational/vocational program, (4) incur new new credit charges or lines of credit without prior approval of U.S. Prob, (5) participate in D&A aftercare treatment program under copayment plan, as directed by U.S. Probation, (6) submit to drug testing & pay $115 fee to offset costs of collection & testing, (7) participate in mental health treatment program, under copayment plan, as directed by U.S. Probation, & (8) not use or possess alcohol. Crt further orders one drug test within 15 days of this date & two periodic tests, thereafter or as further ordered by the Crt. No fine. VAF of $200, payable forthwith. Restitution of $3,484.04, payable at minimum rate of $100 per month or

otherwise as directed by U.S. Probation Office. Clerk's Office to prepare J&C. **Dft remanded to custody of USMS for further release to mother & Mr. Teal for transport immediately to WE CARE program in Las Vegas, NV.**

So ORDERED, on this the 9th Day of July 2002.


David K. Winder
U. S. District Judge