USDC UT Approved 06/06/00     Revised 11/03/00

FILED
U.S. DISTRICT COURT

# United States District Court
## District of Utah

JUL 02 AM 11: 31
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| vs. | (For Offenses Committed On or After November 1, 1987) |
| **Stevoni Wells** | Case Number: 2:02-CR-00029-001 W |
| aka Angel Wells | Plaintiff Attorney: Leigh Bonds |
| aka Amy Christensen | Defendant Attorney: Wendy Lewis |
| | Atty: CJA ___ Ret ___ FPD ☒ |

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 10/14/1977

Defendant's USM No.: 09315-081

Defendant's Residence Address:
230 North 800 East

Mapleton, Utah 84664
Country  USA

7/9/2002
Date of Imposition of Sentence

Defendant's Mailing Address:
Same

Country  USA

THE DEFENDANT:
☒ pleaded guilty to count(s)  **1 & 2 of the Indictment**
☐ pleaded nolo contendere to count(s) which was accepted by the court.
☐ was found guilty on count(s)

COP  4/2/2002   Verdict _____

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC §1344 | Bank Fraud | 1 |
| 18 USC §1708 | Possession of Stolen Mail | 2 |

7/12/02
alp

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) **3 of the Indictment** (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of **0 months with credit for time served in federal custody satisfying guideline range**

Upon release from confinement, the defendant shall be placed on supervised release for a term of **48 months**.

☐ The defendant is placed on Probation for a period of _____
The defendant shall not illegally possess a controlled substance.



Defendant:     Stevoni Wells                                                          Page 2 of 5
Case Number:   2:02-CR-00029-001 W

*For offenses committed on or after September 13, 1994:*
> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐   The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

### SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1. Defendant shall not use or possess any controlled substances.
2. Defendant shall participate & successfully complete the WE CARE Program in Las Vegas, NV. Upon release from custody of U.S. Marshal, defendant shall immediately depart with her mother and Bruce Teel, who will transport her to the WE CARE Program in Las Vegas, NV. Upon successful completion, defendant shall return to Salt Lake City, Utah. Court will defer on further consideration of transfer of supervised release to Las Vegas, NV, until completion of We Care Program & defendant's return to Salt Lake City, Utah.
3. Defendant shall maintain full-time verifiable employment or participate in academic or vocational development throughout the term of supervision as deemed appropriate by the U.S. Probation Office.
4. Defendant shall refrain from incurring new credit charges or opening additional lines of credit unless she is in compliance with any established payment schedule & obtains the approval of the U.S. Probation Office.
5. Defendant shall participate in drug &/or alcohol aftercare treatment under a copayment plan as directed by the U.S. Probation Office.
6. Defendant shall participate in a mental health treatment program under a copayment plan, as directed by the U.S. Probation Office.
7. Defendant shall submit to drug/alcohol testing as directed by the U.S. Probation Office, & pay a one-time $115 fee to partially defer the costs of collection & testing. I deemed appropriate by the Court & the U.S. Probation Office, the defendant will pay additional costs associated with confirmation testing of positive results reported to the Court..
8. Defendant shall not use or possess alcohol.
9. Defendant shall submit his person, residence, office, or vehicle to a search, conducted by a U.S. Probation Officer, at a reasonable time & in a reasonable manner, based upon reasonable suspicion or contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents tha the premises may be subject to searches pursuant to this condition.

### CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of  $ _____ , payable as follows:
☐ forthwith.

☐ in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the

Defendant: Stevoni Wells  
Case Number: 2:02-CR-00029-001 W  
Page 3 of 5

    defendant's ability to pay and with the approval of the court.

- [ ] in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

- [x] other:  
  **No Fine Imposed**

- [ ] The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

- [ ] The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

    - [ ] The interest requirement is waived.

    - [ ] The interest requirement is modified as follows:

## RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| Utah Community Credit Union<br>Attention: Sandy Tennysen<br>188 West Riverpark Drive<br>Provo, Utah 84603<br>(RE: Barbara Bruderer Seegmiller, Acct. No. 750501125528) | $3,299.40 | $3,299.40 |
| Sprint PCS Fraud Management<br>Attention: Rhonda Crow<br>4950 College Boulevard<br>Overland Park, KS 66211<br>(RE: Angel Wells - 801-472-3963) | $184.64 | $184.64 |
| **Totals:** | **$3,484.04** | **$3,484.04** |

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

- [x] Restitution is payable as follows:

    - [ ] in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

    - [x] other:  
      **$100 per month or as directed by U.S. Probation Office**

- [ ] The defendant having been convicted of an offense described in 18 U.S.C. §3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).

Defendant: Stevoni Wells  Page 4 of 5
Case Number: 2:02-CR-00029-001 W

☐ An Amended Judgment in a Criminal Case will be entered after such determination

## SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ __200.00__, payable as follows:
☒ forthwith.
☐ _____

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

## RECOMMENDATION

☒ Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:
**Credit for time served in federal custody satisfying guideline range.**

## CUSTODY/SURRENDER

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district at
_____ on _____.

☐ The defendant shall report to the institution designated by the Bureau of Prisons by _____ Institution's local time, on _____.

DATE: 7-11-02

David K. Winder
**United States District Judge**

Defendant: Stevoni Wells  Page 5 of 5
Case Number: 2:02-CR-00029-001 W

# RETURN

I have executed this judgment as follows:

_____
_____
_____

  Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                              _____
                                              UNITED STATES MARSHAL

                                    By _____
                                              Deputy U.S. Marshal

                                                                    alp
                    United States District Court
                              for the
                         District of Utah
                          July 12, 2002


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:02-cr-00029


True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


        Melinda M Varszegi, Esq.
        US POSTAL SERVICE
        LAW DEPT WE AREA
        9350 S 150 E #800
        SANDY, UT   84070-2702

        Mr. Kirk C. Lusty, Esq.
        US POSTAL SERVICE
        LAW DEPT WE AREA
        9350 S 150 E #800
        SANDY, UT   84070-2702
        JFAX 9,9848401

        Wendy M. Lewis, Esq.
        UTAH FEDERAL DEFENDER OFFICE
        46 W BROADWAY STE 110
        SALT LAKE CITY, UT   84101
        JFAX 9,5244023

        USMS
        DISTRICT OF UTAH
        ,
        JFAX 9,5244048

        US Probation
        DISTRICT OF UTAH
        ,
        JFAX 9,5261136