USDC UT Approved 06/06/00    Revised 11/03/00

# United States District Court
## District of Utah

AMENDED JUDGMENT IN CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

**UNITED STATES OF AMERICA**

vs.

(For Offenses Committed On or After November 1, 1987)

**Stevoni Wells**

Case Number:     2:02-CR-00029-001 W

Plaintiff Attorney:     **Joseph Anderson**

Defendant Attorney:     **Wendy Lewis**

Atty: CJA ___ Ret ___ FPD ☒

Defendant's Soc. Sec. No.:     **-5278**

Defendant's Date of Birth:     **10/14/1977**

**05/09/2005**
Date of Imposition of Sentence

Defendant's USM No.:     **09315-081**

Defendant's Residence Address:

230 North 800 East

Mapleton, Utah 84664
Country USA

Defendant's Mailing Address:

Same

Country USA

THE DEFENDANT:
☒ admitted to allegation(s)     **1 of the Petition**

COP _____ Verdict _____

☐ pleaded nolo contendere to allegation(s) _____
which was accepted by the court.

☐ was found guilty as to allegation(s) _____

| Violation Number | Nature of Violation | Date Violation Occured |
|---|---|---|
| 1. | On March 9, 2004, the defendant was arrested for Burglary of a Dwelling, Theft, Stolen Property-Receiving (over $5,000) and Possession of Methamphetamine. | 3/9/2004 |

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)     **3 of the Indictment**     (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of
**1 Year and 1 Day**

Upon release from confinement, the defendant shall be placed on supervised release for a term of
**NONE**.

☐ The defendant is placed on Probation for a period of _____.

Defendant:     Stevoni Wells                                              Page 2 of 5
Case Number:  2:02-CR-00029-001 DKW

The defendant shall not illegally possess a controlled substance.
*For offenses committed on or after September 13, 1994:*
> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

## SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

## CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of   $ **NONE**          , payable as follows:
☐ forthwith.

☐ in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐ in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☒ other:
**No Fine Imposed**

☐ The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

☐ The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

  ☐ The interest requirement is waived.

  ☐ The interest requirement is modified as follows:

### RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| Utah Community Credit Union<br>Attention: Sandy Tennysen<br>188 West Riverpark Drive<br>Provo, Utah 84603<br>(RE: Barbara Bruderer Seegmiller, Acct. No. 750501125528) | $3,299.40 | $3,299.40 |

Defendant: Stevoni Wells  Page 3 of 5
Case Number: 2:02-CR-00029-001 DKW

| **Name and Address of Payee** | **Amount of Loss** | **Amount of Restitution Ordered** |
|---|---|---|
| Sprint PCS Fraud Management<br>Attention: Rhonda Crow<br>4950 College Boulevard<br>Overland Park, KS 66211<br>(RE: Angel Wells - 801-472-3963) | $184.64 | $184.64 |
| Totals: | $ 3,484.04 | $ 3,484.04 |

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☒ Restitution is payable as follows:

☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

☒ other:
**The Court reinstates Restitution in the amount of $3,484.04, originally ordered on 7/9/2002 for original offense.**

☐ The defendant having been convicted of an offense described in 18 U.S.C.§3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
  ☐ An Amended Judgment in a Criminal Case will be entered after such determination

### SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ __200.00__ , payable as follows:
☐ forthwith.
☒ **The Court reinstates the SAF of $200, imposed on the original offense.**

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

### PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

Defendant: Stevoni Wells  Page 4 of 5
Case Number: 2:02-CR-00029-001 DKW

## RECOMMENDATION

☒ Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the defendant serve her sentence as close to Utah as possible, possibly in Nevada. The Court also recommends the defendant participate in drug treatment programs while incarcerated.**

## CUSTODY/SURRENDER

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district at _____ on _____.

☐ The defendant shall report to the institution designated by the Bureau of Prisons by _____ Institution's local time, on _____.

DATE: 5-13-05

David K. Winder
**David K. Winder**
**United States District Judge**

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ____________________

at ____________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
Deputy U.S. Marshal